## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER JENSEN, | : | CIVIL ACTION |
| Plaintiff, | : | No. 04-CV-4980 |
| | : | |
| V. | : | |
| | : | |
| JO ANNE B. BARNHART, | : | |
| Commissioner of the | : | |
| Social Security Administration, | : | |
| Defendant. | : | |

### **O R D E R**

AND NOW, this 2nd day of June, 2005, upon consideration of Magistrate Judge Timothy R. Rice's Report and Recommendation (Doc. 11), Plaintiff's Objections, and the Parties' Motions for Summary Judgment (Doc. 6, 7), it is hereby ORDERED that Magistrate Judge Rice's Report and Recommendation is APPROVED and ADOPTED. For the reasons stated in Magistrate Judge Rice's Report, Defendant's Motion for Summary Judgment is GRANTED, and Plaintiff's Motion for Summary Judgment is DENIED. Judgment is entered for Defendant and against Plaintiff. All outstanding motions are denied as moot.

This Court has reviewed the Plaintiff's Objections, the Magistrate's Recommendation, and the ALJ's conclusion, and finds that the objections are insufficient to justify reversal of the final decision of the Commissioner of the Social Security Administration, denying Plaintiff disability insurance benefits. Magistrate Rice's thorough treatment of the case is well-grounded in the law and in the record. His Recommendations are accepted.

AND IT IS SO ORDERED.

S/ Clarence C. Newcomer
United States District Judge